1  Philip C. Bourdette SBN 47492
2  Miriam Bourdette  SBN 151980
   BOURDETTE & PARTNERS
3  2924 West Main Street
   Visalia, CA 93291
4  (559) 625-8425
   Fax (559) 625-8491
5  pcbb@bourdettelaw.com
   mrbb@bourdettelaw.com
6  Attorneys for Plaintiffs

7
   Simona A. Farrise SBN 171708
8  Leigh Kirmsse SBN 160967
   Farrise Firm PC
9  225 South Olive St., Ste 102
   Los Angeles, CA 90012
10 310-424-3355
11 FAX 510-588-4536
   sfarrise@farriselaw.com
12 LKirmsse@farriselaw.com
   Attorneys for Plaintiffs
13

14 Sharon J.Arkin SBN #154858
   The Arkin Law Firm
15 333 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071
16 (541) 469-2892
   FAX: 866) 571-5676
17 sarkin@arkinlawfirm.com
   Attorney for Plaintiffs
18

19 Pamela Yates SBN 137740
   Wendy S. Dowse SBN 261224
20 Julie A. Belezzuoli SBN 267302
   KAYE SCHOLER LLP
21 1999 Avenue of the Stars, Suite 1600
   Los Angeles, CA 90067
22 (310) 788-1000
23 FAX (310) 788-1200
   pyates@kayescholer.com
24 wdowse@kayescholer.com
   julie.belezzuoli@kayscholer.com
25 Attorneys for Defendants

26

27

28

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL,<br><br>Plaintiff,<br><br>vs.<br><br>WYETH LLC, et al.<br>Defendants. | Case No.: 1:04-cv-06343-JRG-DLB<br><br>ORDER GRANTING PARTIES' JOINT SCHEDULING ORDER FOR REMAND GROUP 2 |
| KAY UHALT and STEPHEN UHALT,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | Case No.: 1:10-cv-02404-JRG-DLB |
| DOROTHY SETSER and HOWARD SETSER,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br>Defendants | Case No.: 1:10-cv-02405-JRG-DLB |

2
ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

| | | |
|---|---|---|
| 1 | CAROL HILL and LEONARD HILL | Case No.: 1:10-cv-02394-JRG-DLB |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | WYETH LLC. et al | |
| 5 | Defendants. | |
| 6 | | |
| 7 | | Case No.: 1:10-cv-02395-JRG-DLB |
| 8 | MARIANNE PHILLIPS and WILLIAM PHILLIPS, | |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | vs. | |
| 12 | WYETH LLC, et al. | |
| 13 | Defendants. | |
| 14 | GLORIETTE MCPHERSON, | Case No.: 1:10-cv-02384-JRG-DLB |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | WYETH LLC, et al. | |
| 19 | | |
| 20 | Defendants. | |
| 21 | BETTY CRAVEN and GEORGE CRAVEN, | Case No.: 1:10-cv-02382-JRG-DLB |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | vs. | |
| 25 | WYETH LLC, et al. | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

3

ORDER GRANTING PARTIES JOINT SCHEDULING ORDER FOR REMAND GROUP 2

| | | |
|---|---|---|
| SHIRLEY BOWLES and GERALD BOWLES,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:04-cv-06346-JRG-DLB |
| DONNA HAMES and MICHAEL HAMES<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:10-cv-02392-JRG-DLB |
| VICTORIA POOLE and DELBERT POOLE<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:10-cv-02397-JRG-DLB |

The Court having considered the Stipulated to and Jointly Filed Proposed Scheduling Order by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT the following pre-trial dates will be the deadlines in all Remand Group 2 cases:

02/03/2012   Amendment of Pleadings and Joinder of Parties

03/23/2012   Plaintiff's Expert Disclosure  (Waddell, Uhalt, Setzer, Hill, Phillips)

03/30/2012   Plaintiff's Expert Disclosure  (McPherson, Craven, Bowles, Hames, Poole)

4

| | | |
|---|---|---|
| 04/13/2012 | Deadline for written Discovery Requests | |
| 04/20/2012 | Defendants' Expert Disclosure (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 04/27/2012 | Defendants' Expert Disclosure (McPherson, Craven, Bowles, Hames, Poole) | |
| 05/04/2012 | Rebuttal Expert Disclosure (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 05/11/2012 | Rebuttal Expert Disclosure (McPherson, Craven, Bowles, Hames, Poole) | |
| 05/29/2012 | Deposition Deadline and Close of Discovery | |
| 06/08/2012 | File Dispositive & *Daubert* Motions (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 06/15/2012 | File Dispositive & *Daubert* Motions (McPherson, Craven, Bowles, Hames, Poole) | |
| 06/22/2012 | File Responses to Dispositive Motions (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 06/29/2012 | File Responses to Dispositive Motions (McPherson, Craven, Bowles, Hames, Poole) | |
| 07/02/2012 | File Replies to Dispositive Motions (Waddell, Uhalt, Setzer, Hill, Phillips) | |
| 07/09/2012 | File Replies - Dispositive Motions (McPherson, Craven, Bowles, Hames, Poole) | |
| 07/18/2012 | File Motions in Limine | |
| 07/27/2012 | File Responses to Motions in Limine | |
| 07/27/2012 | 11:00 AM Hearing on Motions for Summary Judgment | |
| 08/01/2012 | Deadline for Meet& Confer re Settlement and/or Mediation | |
| 08/06/2012 | Plaintiff Draft Integrated Pre-Trial Order to Defendants | |
| 08/13/2012 | Integrated Pre-Trial Order Filed by Defendants | |
| 08/20/2012 | 11:00 AM Pre-trial Conference | |
| 08/23/2012 | Submit Proposed Jury Instructions | |
| 09/10/2012 | Final Settlement Conference | |

Trials of Remand Group 2 Plaintiffs will begin October 22, 2012 and continue through May 13, 2013, pursuant to my order of January 12, 2012.

IT IS SO ORDERED

Dated: 20 Jan 2012

HONORABLE JUDGE JOSEPH GOODWIN
UNITED STATED DISTRICT COURT JUDGE