1
2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

3
4
5

NANCY WADDELL,

      ) Case No.: 1:04-cv-06343-JRG-DLB

6

      ) ORDER SETTING TRIAL DATE

7

            Plaintiff,

8

        vs.

9

WYETH LLC, et al.
           Defendants.

10

11
12

KAY UHALT and STEPHEN UHALT,

      ) Case No.: 1:10-cv-02404-JRG-DLB

13

            Plaintiffs,

14

        vs.

15
16

WYETH LLC, et al.

17

           Defendants.

18

19

DOROTHY SETSER and HOWARD SETSER,

20

      ) Case No.: 1:10-cv-02405-JRG-DLB

21

            Plaintiffs,

22

        vs.

23

WYETH LLC, et al.
           Defendants

24
25
26

27

CAROL HILL and LEONARD HILL

      ) Case No.: 1:10-cv-02394-JRG-DLB

28

            Plaintiffs,

        vs.

1  WYETH LLC. et al                                    )
2                  Defendants.                         )
                                                       )
3                                                      )
                                                       )
4                                                      )
                                                       )     Case No.: 1:10-cv-02395-JRG-DLB
5  MARIANNE PHILLIPS and WILLIAM               )
   PHILLIPS,                                           )
6                                                      )
                                                       )
7                  Plaintiffs,                         )
                                                       )
8         vs.                                          )
                                                       )
9  WYETH LLC, et al.                                   )
                                                       )
10                                                     )
                 Defendants.                           )
11                                                           Case No.: 1:10-cv-02384-JRG-DLB
   GLORIETTE MCPHERSON,                         )
12                                                     )
                                                       )
13                 Plaintiff,                          )
                                                       )
14        vs.                                          )
                                                       )
15 WYETH LLC, et al.                                   )
                                                       )
16                                                     )
                                                       )
17               Defendants.                           )
                                                             Case No.: 1:10-cv-02382-JRG-DLB
18 BETTY CRAVEN and GEORGE CRAVEN,             )
                                                       )
19                                                     )
                                                       )
20                 Plaintiffs,                         )
                                                       )
21        vs.                                          )
                                                       )
22 WYETH LLC, et al.                                   )
                                                       )
23                                                     )
                 Defendants.
24
25 SHIRLEY BOWLES and GERALD BOWLES,           )
                                                       )     Case No.: 1:04-cv-06346-JRG-DLB
26                 Plaintiffs,                         )
                                                       )
27        vs.                                          )
                                                       )
28 WYETH LLC, et al.                                   )
                                                       )

2

| | |
|---|---|
| Defendants. | ) |
| | ) |
| DONNA HAMES and MICHAEL HAMES | ) Case No.: 1:10-cv-02392-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | |
| VICTORIA POOLE and DELBERT POOLE | ) Case No.: 1:10-cv-02397-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | |
| LOIS ZANYK | ) Case No.: 1:10-cv-00287-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | |
| CARLEEN WEST | ) Case No.: 1:10-cv-00289-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PFIZER INC., et al. | ) |

3

|  | Defendants. | ) |
|---|---|---|
| 1 | _____ | ) |

| 2 | | ) | Case No.: 1:10-cv-00288-JRG-DLB |
|---|---|---|---|
| | PAMELA TURNER | ) | |
| 3 | | ) | |
| 4 | Plaintiff, | ) | |
| | | ) | |
| 5 | vs. | ) | |
| | | ) | |
| 6 | PFIZER INC., et al. | ) | |
| 7 | | ) | |
| | Defendants. | ) | |
| 8 | _____ | ) | |

| 9 | | ) | Case No.: 1:10-cv-00282-JRG-DLB |
|---|---|---|---|
| | LUCILLE MACIAS | ) | |
| 10 | | ) | |
| 11 | Plaintiff, | ) | |
| | | ) | |
| 12 | vs. | ) | |
| 13 | PFIZER INC., et al. | ) | |
| | | ) | |
| 14 | Defendants. | ) | |
| 15 | _____ | ) | |

### O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

4

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER:  September 4, 2012

Joseph R. Goodwin, Chief Judge

5