1  Philip C. Bourdette SBN 47492
   Miriam Bourdette   SBN 151980
2  BOURDETTE & PARTNERS
3  2924 West Main Street
   Visalia, CA 93291
4  (559) 625-8425
   Fax (559) 625-8491
5  pcbb@bourdettelaw.com
   mrbb@bourdettelaw.com
6  Attorneys for Plaintiffs
7
   Simona A. Farrise SBN 171708
8  Leigh Kirmsse SBN 160967
   Farrise Firm PC
9  225 South Olive St., Ste 102
   Los Angeles, CA 90012
10 310-424-3355
11 FAX 510-588-4536
   sfarrise@farriselaw.com
12 LKirmsse@farriselaw.com
   Attorneys for Plaintiffs
13
14 Sharon  J.Arkin SBN #154858
   The Arkin Law Firm
15 333 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071
16 (541) 469-2892
   FAX: 866) 571-5676
17 sarkin@arkinlawfirm.com
   Attorney for Plaintiffs
18
19 Pamela Yates SBN 137740
   Wendy S. Dowse SBN 261224
20 Julie A. Belezzuoli SBN 267302
   KAYE SCHOLER LLP
21 1999 Avenue of the Stars, Suite 1600
   Los Angeles, CA 90067
22 (310) 788-1000
23 FAX (310) 788-1200
   pyates@kayescholer.com
24 wdowse@kayescholer.com
   julie.belezzuoli@kayscholer.com
25 Attorneys for Defendants

26
27
28

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>WYETH LLC, et al.<br>        Defendants. | Case No.: 1:04-cv-06343-JRG-DLB<br><br>ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE |
| KAY UHALT and STEPHEN UHALT,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No.: 1:10-cv-02404-JRG-DLB |
| DOROTHY SETSER and HOWARD SETSER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WYETH LLC, et al.<br>        Defendants | Case No.: 1:10-cv-02405-JRG-DLB |

2
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | | |
|---|---|---|
| 1 | CAROL HILL and LEONARD HILL | Case No.: 1:10-cv-02394-JRG-DLB |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | WYETH LLC. et al | |
| 5 | Defendants. | |

| | | |
|---|---|---|
| 7 | MARIANNE PHILLIPS and WILLIAM PHILLIPS, | Case No.: 1:10-cv-02395-JRG-DLB |
| 10 | Plaintiffs, | |
| 11 | vs. | |
| 12 | WYETH LLC, et al. | |
| 13 | Defendants. | |

| | | |
|---|---|---|
| 14 | GLORIETTE MCPHERSON, | Case No.: 1:10-cv-02384-JRG-DLB |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | WYETH LLC, et al. | |
| 19 | Defendants. | |

| | | |
|---|---|---|
| 21 | BETTY CRAVEN and GEORGE CRAVEN, | Case No.: 1:10-cv-02382-JRG-DLB |
| 23 | Plaintiffs, | |
| 24 | vs. | |
| 25 | WYETH LLC, et al. | |
| 26 | Defendants. | |

3

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| SHIRLEY BOWLES and GERALD BOWLES,<br><br>            Plaintiffs,<br><br>     vs.<br><br>WYETH LLC, et al.<br><br>            Defendants. | Case No.: 1:04-cv-06346-JRG-DLB |
| DONNA HAMES and MICHAEL HAMES<br><br>            Plaintiffs,<br><br>     vs.<br><br>WYETH LLC, et al.<br><br>            Defendants. | Case No.: 1:10-cv-02392-JRG-DLB |
| VICTORIA POOLE and DELBERT POOLE<br><br>            Plaintiffs,<br><br>     vs.<br><br>WYETH LLC, et al.<br><br>            Defendants. | Case No.: 1:10-cv-02397-JRG-DLB |
| LOIS ZANYK<br><br>            Plaintiff,<br><br>     vs.<br><br>PFIZER INC., et al.<br><br>            Defendants. | Case No.: 1:10-cv-00287-JRG-DLB |

4
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| CARLEEN WEST<br><br>    Plaintiff,<br><br>    vs.<br><br>PFIZER INC., et al.<br><br>    Defendants. | Case No.: 1:10-cv-00289-JRG-DLB |
| PAMELA TURNER<br><br>    Plaintiff,<br><br>    vs.<br><br>PFIZER INC., et al.<br><br>    Defendants. | Case No.: 1:10-cv-00288-JRG-DLB |
| LUCILLE MACIAS<br><br>    Plaintiff,<br><br>    vs.<br><br>PFIZER INC., et al.<br><br>    Defendants. | Case No.: 1:10-cv-00282-JRG-DLB |

The Court having considered the Joint Proposed Trial and Pre-Trial Schedule filed by the Parties in these actions, and finding good cause therefore;

IT IS HEREBY ORDERED as follows:

5

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

1) The following trial and pre-trial schedule is set in the matter of *Waddell v. Wyeth LLC, et al.*  Per the Court's order on September 4, 2012, the matter of *Waddell v. Wyeth LLC, et al* will be the first set trial scheduled to begin on February 5, 2013.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | November 16, 2012 |
| Defendants' Expert Discovery Deadline | November 30, 2012 |
| Dispositive/*Daubert* Motions | December 10, 2012 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | February 5, 2013 |
| Jury/Non-Jury | Jury |

2) The following trial and pre-trial schedule is set in the matters of *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.*  These cases will be the next set to proceed to trial following *Waddell v. Wyeth LLC, et al.*  As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

3) The following trial and pre-trial schedule is set in the matters of *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* These cases will the next set to proceed to trial following *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | January 28, 2013 |
| Defendants' Expert Discovery Deadline | February 18, 2013 |
| Dispositive/*Daubert* Motions | March 4, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | March 18, 2013 |
| Hearing on MILs | TBD by Court |

7

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Settlement Conference Cut-Off | March 1, 2013 |
| Joint Pre-Trial Order Due | March 22, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | March 29, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | April 8, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

4) The following trial and pre-trial schedule is set in the matters of *Bowles v. Wyeth LLC, et al, Poole v. Wyeth LLC, et al, McPherson v. Wyeth LLC, et al, Hames v. Wyeth LLC, et al & Craven v. Wyeth LLC, et al.* These cases will be the next set to proceed to trial following *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | March 11, 2013 |
| Defendants' Expert Discovery Deadline | April 12, 2013 |
| Dispositive/*Daubert* Motions | April 26, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | May 13, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | May 1, 2013 |
| Joint Pre-Trial Order Due | May 17, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | May 22, 2013 |

8
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | June 3, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

IT IS SO ORDERED

Dated: September 20, 2012

_____
Joseph R. Goodwin, Chief Judge