| | |
|---|---|
| 1 | Philip C. Bourdette SBN 47492 |
| 2 | Miriam Bourdette   SBN 151980<br>BOURDETTE & PARTNERS |
| 3 | 2924 West Main Street<br>Visalia, CA 93291 |
| 4 | (559) 625-8425 |
| 5 | Fax (559) 625-8491<br>pcbb@bourdettelaw.com |
| 6 | mrbb@bourdettelaw.com<br>Attorneys for Plaintiffs |
| 7 | |
| 8 | Simona A. Farrise SBN 171708<br>Leigh Kirmsse SBN 160967 |
| 9 | Farrise Firm PC<br>225 South Olive St., Ste 102 |
| 10 | Los Angeles, CA 90012<br>310-424-3355 |
| 11 | FAX 510-588-4536<br>sfarrise@farriselaw.com |
| 12 | LKirmsse@farriselaw.com<br>Attorneys for Plaintiffs |
| 13 | |
| 14 | Sharon  J. Arkin SBN #154858<br>The Arkin Law Firm |
| 15 | 333 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071 |
| 16 | (541) 469-2892<br>FAX: 866) 571-5676 |
| 17 | sarkin@arkinlawfirm.com<br>Attorney for Plaintiffs |
| 18 | |
| 19 | Pamela Yates SBN 137740<br>Wendy S. Dowse SBN 261224 |
| 20 | Julie A. Belezzuoli SBN 267302<br>KAYE SCHOLER LLP |
| 21 | 1999 Avenue of the Stars, Suite 1600 |
| 22 | Los Angeles, CA 90067<br>(310) 788-1000 |
| 23 | FAX (310) 788-1200<br>pyates@kayescholer.com |
| 24 | wdowse@kayescholer.com |
| 25 | julie.belezzuoli@kayescholer.com<br>Attorneys for Defendants |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | Case No.: 1:04-cv-06343-JRG-DLB |
| Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| | |
| KAY UHALT and STEPHEN UHALT, | Case No.: 1:10-cv-02404-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| | |
| DOROTHY SETSER and HOWARD SETSER, | Case No.: 1:10-cv-02405-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants | |

2

| | |
|---|---|
| CAROL HILL and LEONARD HILL | Case No.: 1:10-cv-02394-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC. et al | |
| Defendants. | |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, | Case No.: 1:10-cv-02395-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| GLORIETTE MCPHERSON, | Case No.: 1:10-cv-02384-JRG-DLB |
| Plaintiff, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| BETTY CRAVEN and GEORGE CRAVEN, | Case No.: 1:10-cv-02382-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |

| | | |
|---|---|---|
| SHIRLEY BOWLES and GERALD BOWLES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WYETH LLC, et al.<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:04-cv-06346-JRG-DLB |
| DONNA HAMES and MICHAEL HAMES<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WYETH LLC, et al.<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02392-JRG-DLB |
| VICTORIA POOLE and DELBERT POOLE<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WYETH LLC, et al.<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-02397-JRG-DLB |
| LOIS ZANYK<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PFIZER INC., et al.<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:10-cv-00287-JRG-DLB |

4

| | |
|---|---|
| CARLEEN WEST  <br><br>       Plaintiff,  <br><br>  vs.  <br><br>PFIZER INC., et al.  <br><br>       Defendants. | Case No.: 1:10-cv-00289-JRG-DLB |
| PAMELA TURNER  <br><br>       Plaintiff,  <br><br>  vs.  <br><br>PFIZER INC., et al.  <br><br>       Defendants. | Case No.: 1:10-cv-00288-JRG-DLB |
| LUCILLE MACIAS  <br><br>       Plaintiff,  <br><br>  vs.  <br><br>PFIZER INC., et al.  <br><br>       Defendants. | Case No.: 1:10-cv-00282-JRG-DLB |

The Court having considered the Parties' Stipulation of Dismissal With Prejudice Pursuant to Rule 41 and the files and pleadings herein;

IT IS HEREBY ORDERED as follows:

1. The above-captioned actions are dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees. All other relief not expressly granted herein is denied.

IT IS SO ORDERED

Dated: November 13, 2012

_____
Joseph R. Goodwin, Chief Judge